IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER SAMUELS,

      Appellant,

v.

                                        Case No. 5D21-1174
                                        LT Case No. 2005-CF-068788-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 4, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

A. Michael  Bross, of A. Michael
Bross, P.A., Melbourne, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.